USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
HAYLES, et al,

Plaintiffs,

-against-

NEIGHBORHOOD ASSOCIATION FOR
INTER-CULTURAL AFFAIRS, INC. et al.,

Defendants.
---------------------------------------------------------------X

**26-CV-3497 (VSB) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 5, 2026, one day before the scheduled Initial Case Management Conference, the parties in the above-entitled action filed a joint letter requesting that the conference be adjourned. (ECF No. 27) By submitting their request less than 24 hours before the scheduled conference, the parties have failed to comply with Rule I.c. of this Court's Individual Practices in Civil Cases, which requires that requests for adjournments be made at least 48 hours before a scheduled conference.

The parties have also failed to meet and confer or submit a Rule 26(f) form as required by Rule II.a. of this Court's Individual Practices in Civil Cases.

In light of the above, the Court concludes that proceeding with the Initial Case Management Conference as scheduled would not be productive. Notwithstanding the untimeliness of the parties' request, the request for an adjournment is GRANTED. The Initial Case Management Conference is hereby adjourned to **December 15, 2026 at 12:00 p.m.** The parties' Rule 26(f) report is accordingly due **December 8, 2026**.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 27.**

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge